UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES of the MICHIGAN LABORERS'
HEALTH CARE FUND, et al.,

      Plaintiff,     Case No. 02-74178
            District Judge George Caram Steeh
v.             Magistrate Judge R. Steven Whalen

WAYNE OAKLAND
CONTRACTING, INC. a Michigan
Corporation,

      Defendants.

_____/

### ORDER DISMISSING PLAINTIFF'S MOTION TO COMPEL

Upon Plaintiff's written request filed with the Court on June 1, 2005, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Attendance at Deposition and Request for Sanctions [filed 5/10/05] [document #26] is hereby dismissed.

              s/R. Steven Whalen
              R. STEVEN WHALEN
              UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 1, 2005.

                                              s/Gina Wilson
                                              Judicial Assistant